SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0690 MAG |
| Plaintiff, ) | MOTION AND [PR~~OPO~~SED] ORDER TO DISMISS INFORMATION WITH PREJUDICE |
| v. ) | |
| XIAO RONG HUANG, ) | |
| Defendant. ) | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant, Xiao Rong Huang, with prejudice; he

//
//
//
//
//
//

DISMISSAL OF COMPLAINT
CR 06-0690 MAG

1 | successfully completed his deferred prosecution program.

2

3 | DATED: _____5/1/2007_____                Respectfully submitted,

4 |                                              SCOTT N. SCHOOLS
  |                                              United States Attorney
5
  |                                                   /s/ Derek Owens
6 |                                              _____
  |                                              DEREK R. OWENS
7 |                                              Assistant United States Attorney

8

9 | Leave of court is granted to file the foregoing dismissal with prejudice.

10

11 | DATED: ____5/1/07_____          _____
                                                 EDWARD M. CHEN
12                                               United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

DISMISSAL OF COMPLAINT
CR 06-0690 MAG